

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. PD-0286-24

### ALFREDO AVALOS, II, Appellant

### v.

### THE STATE OF TEXAS

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE THIRTEENTH COURT OF APPEALS
### CAMERON COUNTY

*Per curiam*.

### <u>OPINION</u>

We granted Appellant's petition for discretionary review to determine whether the court of appeals erred in its sufficiency analysis of Appellant's convictions for misuse of confidential information. Having examined the record and briefs, we conclude that our decision to grant review was improvident. We therefore dismiss Appellant's petition for discretionary review as improvidently granted.

Delivered: December 18, 2024
Do Not Publish